UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JERRY RAY COOPER,

    Plaintiff,

v.                                                       3:11-cv-336

RON SEALS and
TAMMY FINCHUM,

    Defendants.

## MEMORANDUM

This is a *pro se* prisoner's civil rights action. On July 27, 2011, the U.S. Magistrate Judge entered an order finding the case was related to a previous case filed by plaintiff. Plaintiff's copy of that order, which was mailed to him at his last known address of Sevier County Jail, was returned undelivered on August 5, 2011, with the notation "not here." Plaintiff bears the burden of prosecuting his action, which includes informing the court of his correct mailing address, and he has not done so. Accordingly, this action will be **DISMISSED WITH PREJUDICE** for failure to prosecute. The court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

    **AN APPROPRIATE ORDER WILL ENTER.**

                                                  s/ Leon Jordan
                                              United States District Judge